**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————————

www.cand.uscourts.gov

Richard W. Wieking                                                                          General Court Number
Clerk                                                                                                      415.522.2000

**January 23, 2008**

**CASE NUMBER:  CV 08-00482 EMC**

**CASE TITLE:  MMA CAPITAL-v-DYNAMIC LEISURE CORPORATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Marilyn H. Patel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 1/23/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                            Entered in Computer 1/23/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA