**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 25, 2008

Case No.   C 08-0482  MHP                    Judge: MARILYN H. PATEL

Title: MMA CAPITAL LLC -v- DYNAMIC LEISURE CORPORATION

Attorneys:  Plf:  John J Leonard
            Dft: Samuel Kornhauser

Deputy Clerk:  Anthony Bowser   Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Plaintiff's Motion for TRO/Preliminary Injunction

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Briefing schedule as follows:

    Defendants' Declarations to be filed by 1/29/2008;
    Defendants' Opposition Brief to be filed by 1/30/2008;
    Further Hearing re Motion for TRO/PI to be heard 10:00 am on 2/1/2008.