United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMA CAPITAL LLC, | No. C 08-0482 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** |
| v. | |
| DYNAMIC LEISURE CORPORATION, | |
| Defendant(s). | |

Counsel are hereby notified that the briefing and hearing schedule set before this court on January 25, 2008 has been modified as follows:

Submission of Declarations of Defendants:   January 29, 2008;

Submission of Defendants' Opposition Briefs: January 31, 2008;

Further Hearing on Plaintiff's Motion for TRO/PI:   2:00 p.m. on February 4, 2008.

Richard W. Wieking
Clerk, U.S. District Court

Dated: January 25, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140