SAMUEL KORNHAUSER, Esq., California Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:   (415) 981-6281
Facsimile:    (415) 981-7616

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMA CAPITAL LLC, | Case No. C 08-0482 MHP |
| Plaintiff, | |
| v. | **DECLARATION OF ROBERT PRESS** |
| DYNAMIC LEISURE CORPORATION, | DATE:   February 4, 2008 |
| Defendant. | TIME:    2:00 PM |

Press Decl 2008-0131

I, Robert Press, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts set forth herein and if called as a witness, I would be competent to testify to these facts based on my own personal knowledge.

2. I am the Portfolio Manager of Trafalgar Capital Specialized Investment Fund ("Trafalgar") and a Director of its General Partner, Trafalgar Capital SAML.

3. On January 22, 2008, Trafalgar entered into a Securities Purchase Agreement to purchase up to $1.2 Million of Dynamic Leisure Company's ("DLC") secured convertible debentures.

4. The purchase was funded to DLC on January 25, 2008.

5. That investment, along with Trafalgar's June 29, 2007 $2.4 Million investment in DLC, allowed Trafalgar to obtain a secured position in DLC Collateral superior to MMA Capital's secured position by virtue of Section 5 of the March 5, 2007 Settlement Agreement between MMA and DLC.

6. Trafalgar has escrowed $200,000 of the recent financing for use to a UK acquisition in Europe. Additionally, Trafalgar's London office, in conjunction with a UK brokerage firm, is currently seeking to raise additional capital, effecting a duel listing on the London Public Markers so that DLC can strengthen its financial position and retire its debt.

7. We at Trafalgar believe DLC's proprietary operating systems and intellectual property are worth in excess of $10 million and we would not have made this recent additional investment or our earlier investment if we did not believe DLC is a viable business, with that value.

I declare under penalty of perjury that the foregoing is true and correct except as to statements based on belief and as to those, I believe them to be true and that this declaration was executed by me in Miami, Florida on January 31, 2008.

_____
Robert Press

# PROOF OF SERVICE

I declare that I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within cause. My business address is 155 Jackson Street, Suite 1807, San Francisco, CA. On January 31, 2008, I served the within **DECLARATION OF ROBERT PRESS** on the party below in said cause:

> Michael R. Matthias, Esq.
> John J. Leonard, Esq.
> Baker & Hostetler LLP
> 12100 Wilshire Boulevard, 15th Floor
> Los Angeles, CA 90025-7120

via facsimile and UPS Next Day Air.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 31, 2008, at San Francisco, CA.

_____
Donald E Stevens