MICHAEL R. MATTHIAS, Bar No. 57728
JOHN J. LEONARD, Bar No. 232040
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: mmatthias@bakerlaw.com
Email: jleonard@bakerlaw.com

Attorneys for Plaintiff
MMA CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MMA CAPITAL, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>DYNAMIC LEISURE CORPORATION,<br><br>         Defendant. | Case No. 3:08-cv-00482-MHP<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**<br><br>Date: February 4, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 15, 18th Floor |

**TO THE CLERK FOR THE HONORABLE MARILYN H. PATEL AND TO DEFENDANT DYNAMIC LEISURE CORPORATION AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 7-7(e) of the Local Rules of the United States District Court for the Northern District of California, Plaintiff MMA Capital, LLC hereby withdraws its Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction set for hearing on February 4, 2008.

Dated: January 31, 2008

BAKER & HOSTETLER LLP
MICHAEL R. MATTHIAS
JOHN J. LEONARD

_____
John J. Leonard
Attorneys for Plaintiff
MMA CAPITAL, LLC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. On **January 31, 2008**, I served the within document:

**NOTICE OF WITHDRAWAL**

☐ I sent such document from facsimile machine on _____, 2008, I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below:

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth on the attached service list. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit

☒ by electronic service of the document(s) listed above via PACER/ECF for the Northern District of Califonria to the person(s) at the address(es) set forth below.

**Samuel Kornhauser, Esq.**
**155 Jackson Street, Suite 1807**
**San Francisco, CA 94111**
**Tel: 415.981.6281**
*Attorney for Defendant*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 31, 2008**, at Los Angeles, California.

_____
Lisa M. Lovullo