MICHAEL R. MATTHIAS, Bar No. 57728
JOHN J. LEONARD, Bar No. 232040
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:   mmatthias@bakerlaw.com
Email:   jleonard@bakerlaw.com

Attorneys for Plaintiff
MMA CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MMA CAPITAL, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DYNAMIC LEISURE CORPORATION,<br><br>　　　　　　Defendant. | Case No.  3:08-cv-00482-MHP<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>BAKER & HOSTETLER, LLP<br>12100 Wilshire Blvd., 15th floor<br>West Los Angeles, CA 90025<br>Telephone No: (310) 442-8809<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* MMA CAPITAL, LLC,
*Defendant:* DYNAMIC LIESURE CORPORATION,

| **AFFIDAVIT OF SERVICE SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C080482EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Breach Of Contact With Exhibits; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For All Judges Of The Northern District Of California; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Reassignment Order; Guidelines, Local Rules, Etc. - Drop Box Filing Procedures; Efc Registration Information Handoout; [Proposed} Temporary Restraining Order To Show Cause Regarding Preliminary Injunction; Amended Notice Of Ex Parte Motion And Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Memorandum Or Points And Authorities; Declaration Of Gary Armitage And John J. Leonard With Exhibits

3. a. Party served:        DYNAMIC LEISURE COPORATION
   b. Person served:      Brian Brandano, operations consultant

4. Address where the party was served:    5680-A West Cypress Street
                                          Tampa, FL 33607

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 24, 2008 (2) at: 1:02PM
   b. I received this subpena for service on:    Thursday, January 24, 2008

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**                    Fee for Service:
   a. Sean Segel
   b. CLSS - NationWide Service Center (NWSC)
      2522 Lower Mason Creek Road
      Bandera, TX 78003
   c. (800) 899-2577, FAX (800) 998-2577

8. I declare under penalty of perjury under the laws of the State of Florida and under the laws of the United States Of Am America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
SUMMS IN CIV. ACTION                                (Sean Segel)            4428809.54802

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025.

On **February 13, 2008**, I served the foregoing documents:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

upon the parties listed below:

**Samuel Kornhauser, Esq.
155 Jackson Street, Suite 1807
San Francisco, CA 94111
Counsel for Defendant**

[ X ]   PACER/ECF: by filing a true and correct copy with the United States District Court, Southern District of California by via PACER/ECF on **February 13, 2008**.

I declare under penalty pursuant to the laws of the United States that the foregoing is true and correct and I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 13, 2008**, at Los Angeles, California.

_____/s/ Lisa M. Lovullo_____
Lisa M. Lovullo

089278, 000011, 501715050.1

PROOF OF SERVICE
C06-7263 CRB