MICHAEL R. MATTHIAS, Bar No. 57728
JOHN J. LEONARD, Bar No. 232040
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:   mmatthias@bakerlaw.com
Email:   jleonard@bakerlaw.com

Attorneys for Plaintiff
MMA CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MMA CAPITAL, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DYNAMIC LEISURE CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:08-cv-00482-MHP<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

STATE OF MINNESOTA

COUNTY OF HENNEPIN

AFFIDAVIT OF SERVICE

See list for documents served - attached.

Greg Westerlund, being duly sworn, on oath says: that on the 24th day of January, 2008, at 3:20pm (s)he served the attached Documents (See Attached) upon Dynamic Leisure Corporation therein named, personally at 590 Park Street, #6, St. Paul, County of Ramsey, State of Minnesota, by handing to and leaving with National Registered Agents c/o Sarah Edgett, Service Representative, an expressly authorized agent for said Dynamic Leisure Corporation, a true and correct copy thereof.

Subscribed and sworn to before me,
January 25, 2008.

_____
Notary Public

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

Re: 4067.54803

STATE OF MINNESOTA

COUNTY OF HENNEPIN

ADDENDUM TO AFFIDAVIT OF SERVICE

The items served are as follows:
1. Summons in a Civil Action
2. Complaint for Breach of Contact with Exhibits
3. Civil Cover Sheet
4. Order Setting Initial Case Management Conference and ADR Deadlines
5. Standing Order for all Judges of the Northern District of California
6. Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge Edward N. Chen
7. Reassignment Order
8. Guidelines, Local Rules, etc.- Drop Box Filing Procedures
9. EFC Registration Information Handout
10. (Proposed) Temporary Restraining Order to Show Cause Regarding Preliminary Injunction
11. Memorandum or Points and Authorities
12. Declaration of Gary Armitage and John J. Leonard with Exhibits

Re: 4067.54803

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025.

On **February 13, 2008**, I served the foregoing documents:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

upon the parties listed below:

**Samuel Kornhauser, Esq.
155 Jackson Street, Suite 1807
San Francisco, CA 94111
Counsel for Defendant**

[ X ]   PACER/ECF: by filing a true and correct copy with the United States District Court, Southern District of California by via PACER/ECF on **February 13, 2008**.

I declare under penalty pursuant to the laws of the United States that the foregoing is true and correct and I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 13, 2008**, at Los Angeles, California.

/s/ Lisa M. Lovullo
Lisa M. Lovullo

089278, 000011, 501715050.1

PROOF OF SERVICE
C06-7263 CRB