# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| MMA Capital, LLC,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>Dynamic Leisure Corporation,<br><br>　　　　　Defendant(s). | 08-00482 MHP<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-00482 MHP                              -1-

1 | 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2 | to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: April 10, 2008

```
                                RICHARD W. WIEKING
                                Clerk
                                by:    Timothy J. Smagacz

                                _____
                                ADR Administrative Assistant
                                415-522-4205
                                Tim_Smagacz@cand.uscourts.gov
```

**Notice Re: Noncompliance With Court Order**
08-00482 MHP                                    -2-

PROOF OF SERVICE

Case Name:    MMA Capital, LLC v. Dynamic Leisure Corporation

Case Number:    08-00482 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>    ADR Program
>    United States District Court
>    Norther District of California
>    450 Golden Gate Avenue Floor 16
>    San Francisco, CA 94102

On April 10, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>    John J. Leonard
>    Baker & Hostetler LLP
>    12100 Wilshire Blvd, 15th FL
>    Los Angeles, CA 90025
>    jleonard@bakerlaw.com

>    Michael Roland Matthias
>    Baker & Hostetler LLP
>    12100 Wilshire Blvd, 15th FL
>    Los Angeles, CA 90025-5244
>    mmatthias@bakerlaw.com

>    Samuel Kornhauser
>    Law Offices of Samuel Kornhauser
>    155 Jackson Street, Suite 1807
>    San Francisco, CA 94111
>    skornhauser@earthlink.net

[ ] by Facsimile, I caused said documents to be transmitted to the following

parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 10, 2008 in San Francisco, California.

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Timothy J. Smagacz

                                      */s/ Timothy Smagacz*
                                      _____
                                      ADR Administrative Assistant
                                      415-522-4205
                                      Tim_Smagacz@cand.uscourts.gov