MICHAEL R. MATTHIAS, Bar No. 057728
JOHN J. LEONARD, Bar No. 232040
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: mmatthias@bakerlaw.com
jleonard@bakerlaw.com

Attorneys for Plaintiff and Counterdefendant
MMA CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMA CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DYNAMIC LEISURE CORPORATION, <br><br> Defendant. <br><br> ——————————————— <br><br> DYNAMIC LEISURE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> MMA CAPITAL, LLC, <br><br> Counterdefendant. | Case No. C 08-0482 MHP <br><br> **NOTICE OF SETTLEMENT** |

089424, 000001, 501854259.1

NOTICE OF SETTLEMENT
CASE NO. C 08-0482 MHP

1  TO THE COURT AND ALL PARTIES OF RECORD:

2      The parties are in the process of reaching and memorializing in writing a settlement

3  agreement that will dispose of all of the claims and counterclaims made in this case (the

4  "Agreement"). The parties are expected to execute the Agreement within 15 days of the date of

5  this Notice. The parties will file a stipulated dismissal upon execution of the Agreement.

6  Dated: April 21, 2008

    BAKER & HOSTETLER LLP
    MICHAEL R. MATTHIAS
    JOHN J. LEONARD

*/s/ John J. Leonard*

John J. Leonard
Attorneys for Plaintiff and Counterdefendant
MMA CAPITAL, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025.

On **April 21, 2008**, I served the foregoing documents:

**NOTICE OF SETTLEMENT**

upon the parties listed below:

**Samuel Kornhauser, Esq.**
**155 Jackson Street, Suite 1807**
**San Francisco, CA 94111**
**Counsel for Defendant**

[ X ]   **PACER/ECF**: by filing a true and correct copy with the United States District Court, Northern District of California by via PACER/ECF on **April 21, 2008**.

I declare under penalty pursuant to the laws of the United States that the foregoing is true and correct and I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 21, 2008**, at Los Angeles, California.

                    /s/ Lisa M. Lovullo
                    Lisa M. Lovullo