1  MICHAEL R. MATTHIAS, Bar No. 057728
   JOHN J. LEONARD, Bar No. 232040
2  BAKER & HOSTETLER LLP
   12100 Wilshire Boulevard, 15th Floor
3  Los Angeles, CA 90025-7120
   Telephone:  310.820.8800
4  Facsimile:  310.820.8859
   Email:      mmatthias@bakerlaw.com
5              jleonard@bakerlaw.com

6  Attorneys for Plaintiff and Counterdefendant
   MMA CAPITAL, LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  MMA CAPITAL, LLC,                    Case No. C 08-0482 MHP

13         Plaintiff,
                                         **REQUEST TO RESTORE CASE TO**
14     v.                                **CALENDAR**

15  DYNAMIC LEISURE CORPORATION,

16         Defendant.

17  _____

18  DYNAMIC LEISURE CORPORATION,

19         Counterclaimant,

20     v.

21  MMA CAPITAL, LLC,

22         Counterdefendant.

23

24

25

26

27

28

089424, 000001, 501984079.1                REQUEST TO RESTORE CASE TO CALENDAR
                                                    CASE NO. C 08-0482 MHP

TO THE COURT AND ALL PARTIES HEREIN:

Plaintiff and Counterdefendant MMA Capital, LLC hereby requests that this matter be restored to the calendar pursuant to the Order (Ninety-Day Conditional Dismissal) dated April 22, 2008 entered in this matter because the anticipated settlement has not been consummated.

Dated: July 21, 2008

BAKER & HOSTETLER LLP
MICHAEL R. MATTHIAS
JOHN J. LEONARD



Michael R. Matthias
Attorneys for Plaintiff and Counterdefendant
MMA CAPITAL, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025.

On **July 21, 2008**, I served the foregoing documents:

**REQUEST TO RESTORE CASE TO CALENDAR**

upon the parties listed below:

**Samuel Kornhauser, Esq.**
**155 Jackson Street, Suite 1807**
**San Francisco, CA 94111**
**Counsel for Defendant**

[ X ]  PACER/ECF: by filing a true and correct copy with the United States District Court, Northern District of California by via PACER/ECF on **July 21, 2008**.

I declare under penalty pursuant to the laws of the United States that the foregoing is true and correct and I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 21, 2008**, at Los Angeles, California.

/s/ Lisa M. Lovullo
Lisa M. Lovullo

089424, 000001, 501755820.1

PROOF OF SERVICE
C06-7263 CRB