UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMA CAPITAL, | No. C 08-00482 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Status Conference)** |
| v. | |
| DYNAMIC LEISURE CORPORATION, | |
|     Defendant(s). | |

    The parties are hereby notified that a status conference in this matter will be held August 11, 2008 at 3:00 p.m., before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California. A Joint Status Report shall be filed not later than one week prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: July 24, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140