1  MICHAEL R. MATTHIAS, Bar No. 57728
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
3  Telephone:  310.820.8800
   Facsimile:  310.820.8859
4  Email:  mmatthias@bakerlaw.com

5  Attorneys for Plaintiff and Counterdefendant
   MMA CAPITAL, INC.

FILED
AUG 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MMA CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEISURE CORPORATION,<br><br>Defendant.<br><br>────────────<br><br>DYNAMIC LEISURE CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>MMA CAPITAL, LLC,<br><br>Counterdefendant. | Case No. CV08-00482 MHP<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

The parties, Plaintiff and Counterdefendant MMA Capital, Inc. ("MMA"), through its attorneys, Baker & Hostetler LLP, and Defendant and Counterclaimant Dynamic Leisure Corporation ("Dynamic"), through its attorney, Samuel Kornhauser, hereby stipulate to dismissal of the above-captioned Complaint and Counterclaim, each without prejudice:

## BACKGROUND

1. MMA filed the Complaint in this matter on or about January 22, 2008.

2. Dynamic filed its Answer to the Complaint and Counterclaim on or about February 13, 2008.

3. MMA filed its Answer to the Counterclaim on or about March 4, 2008.

4. On or about April 21, 2008, MMA and Dynamic advised the Court that they were in the process of reaching and memorializing in writing a settlement agreement.

5. On or about April 22, 2008 the Court entered its Order (Ninety-Day Conditional Dismissal) in this matter.

6. On or about July 21, 2008, MMA filed its Request to Restore Case to Calendar because the anticipated settlement had not been consummated.

7. By Order dated July 24, 2008, the Court set a Status Conference in this matter for August 11, 2008 at 3:00 p.m.

8. While the parties have tentatively resolved this matter as to themselves, the agreement has been complicated by the actions of a third party which interfere with consummation of the settlement at this time.

9. Given the tentative resolution of this matter between the parties and their inability to consummate that agreement because of the actions of a third party, the parties desire to dismiss this action without prejudice as such disposition puts the parties in the best position to finally resolve this matter and deal with the problems caused by the actions of the third party.

WHEREFORE, MMA and Dynamic hereby stipulate to dismissal of this action without prejudice, with all parties to bear their own costs and attorneys' fees.

Dated: August 7, 2008

Baker & Hostetler LLP
MICHAEL R. MATTHIAS

_____
Michael R. Matthias
Attorneys for Plaintiff and Counterdefendant
MMA CAPITAL, INC.

Dated: August 6, 2008

LAW OFFICES OF SAMUEL KORNHAUSER

_____
Samuel Kornhauser
Attorney for Defendant and Counterclaimant
DYNAMIC LEISURE CORPORATION

## ORDER OF DISMISSAL

Pursuant to stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter be and hereby is dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

DATED:   August 8, 2008.

_____
Marilyn Hall Patel
United States District Court Judge